UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                        )<br>      Plaintiff,       )<br>                                        )<br>  v.                       )<br>                                        )<br>CHADRICK JOHN DERBYSHIRE, )<br>                                        )<br>      Defendant.     )<br>_____ ) | Case No. 05-507M<br><br>DETENTION ORDER |

<u>Offense charged</u>:

      Possession of Cocaine With Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A), and 18 U.S.C. § 2.

<u>Date of Detention Hearing</u>: November 7, 2005.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      (1)     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Defendant has not overcome these presumptions.

      (2)     Defendant's instant offense is a serious charge and involves a large amount of drugs.

(3) Defendant is a Canadian citizen and has no known ties to the Western District of Washington or to this community.

(4) Defendant has no employment or legitimate means of support.

(5) Defendant's current living arrangements appear to be unstable.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of November, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge